

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Krista Lynne Gardner, Independent Executrix of the Estate of Larry Ray Tiner, Appellant | Appeal from the 402nd Judicial District Court of Wood County, Texas (Tr. Ct. No. 2006-404). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. |
| No. 06-14-00062-CV          v. | |
| Penny Heddin Tiner, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Krista Lynne Gardner, Independent Executrix of the Estate of Larry Ray Tiner, pay all costs of this appeal.

RENDERED MARCH 17, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk